# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 7:20-cr-** 8 |
| | : | |
| **JEWELL ANN LOVEJOY** | : | **VIOLATIONS:** |
| **Defendant.** | : | **18 U.S.C. § 922(a)(6)** |
| | : | **18 U.S.C. § 924 (a)(2)** |
| | : | **18 U.S.C. § 924(d)(1)** |
| | : | **28 U.S.C. § 2461(c)** |

**THE GRAND JURY CHARGES:**

## COUNT ONE

**False Statement During Acquisition of a Firearm – 18 U.S.C. § 922 (a)(6)**

On or about June 25, 2019, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JEWELL ANN LOVEJOY,**

in connection with the acquisition of a firearm, that is a Mossberg, model 715T, .22 caliber semi-automatic Long Rifle, serial number EMG3831234, from Shepards Bait and Tackle, a licensed firearms dealer within the meaning of Chapter 44, Title 18 United States Code, knowingly made a false and fictitious written statement intended and likely to deceive Shepards Bait and Tackle with respect to a fact material to the lawfulness of the sale and disposition of the Mossberg Long Rifle, that is, LOVEJOY falsely represented in writing on a Firearms Transaction Record (also known as ATF-Forpm 4473) that she was the actual transferee/buyer of the Mossberg Long Rifle when, at that time, LOVEJOY was purchasing the Mossberg Long Rifle on behalf of someone else, specifically, TORRIEO MONTE JOHNSON, aka "TORRIEO

CORKER," a convicted felon, who was prohibited from purchasing and possessing firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE NOTICE**
**(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 – Criminal Forfeiture)**

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) set forth in Count One of this Indictment, the defendant,

**JEWELL ANN LOVEJOY,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10 day of March, AD 2020.

Deputy Clerk